UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHABAD OF KEY BISCAYNE, INC.,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

CASE NO.  1:21-cv-24043-DPG

## SIC'S ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, Scottsdale Insurance Company ("SIC"), responds to the Complaint [DE 1-1, pg. 5-13] filed by the Plaintiff, Chabad of Key Biscayne, Inc. ("Chabad"):

## ANSWER

1. Admitted that this is an action for damages in excess of $75,000 and that the complaint speaks for itself.

2. Admitted that SIC is a foreign entity that issues policies to insureds in Florida under Florida's Surplus Lines Law, Fla. Stat. §§ 626.9130626.937. Otherwise, denied.

3. Admitted.

4. Admitted that SIC issued to Chabad Policy No. CPS3295929, effective 9/27/19 to 9/27/20 (the "Policy"), that the Policy is attached to Chabad's complaint [DE 1-1, pgs. 15-134], and that the Policy speaks for itself. Otherwise, denied.

5. Admitted.

6. Denied as phrased. Admitted that the property suffered water damage.

7. Admitted that Chabad complied with conditions. Otherwise, denied.

## COUNT I – BREACH OF CONTRACT

SIC incorporates Paragraphs 1-7.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

## COUNT II – DECLARATORY RELIEF

SIC incorporates Paragraphs 1-7.

12. Admitted that the Policy speaks for itself. Otherwise, denied.

13. Admitted that the statute speaks for itself.

14. Admitted that Chabad complied with conditions and was paid up to the policy limit. Otherwise, without knowledge and therefore denied.

15. Admitted that coverage is limited to $5,000 and that SIC paid it.

16. Admitted that is Chabad's position. Otherwise, denied.

17. Admitted that is Chabad's position. Otherwise, denied.

18. Admitted that is Chabad's position. Otherwise, denied.

19. Admitted that is Chabad's position. Otherwise, denied.

20. Without knowledge of Chabad's beliefs and doubts and therefore denied.

21. Denied.

22. Denied.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense**: Under the main body of the Policy, the loss is excluded. The Policy covers the Building, which does not include underground pipes, flues or drains. *See* CP 00 10 10 12, pg. 2. The Policy then excludes coverage where damage is caused, in whole or part, by water backing up, overflowing, or otherwise discharging from a sewer or drain, which it specifically defines to include the property's plumbing system. *See* CP 10 30 09 17, pgs. 1 and 2

2

and CFS-103-FL (1-16). The Policy also excludes coverage for any system from which water escapes, and damage caused by wear and tear, corrosion, deterioration, cracking, shrinking, expansion, or mechanical breakdown. *See* CP 10 30 09 17, pgs. 3 and 6.

The Policy then adds by endorsement coverage for water damage caused by or resulting from water that backs up, overflows, or otherwise discharges from a sewer or drain, but only up to $5,000. *See* CFS-20s (10-17). Thus, benefits are limited to $5,000. SIC paid this sum in full, so Chabad's claim fails.

**Second Affirmative Defense**: The amount of loss was determined via appraisal. If benefits were not limited to $5,000 (they are), the maximum amount recoverable would be the appraisal award minus the applicable deductible and prior payment.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Joseph V. Manzo*
Joseph V. Manzo
Florida Bar No. 52309
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
jmanzo@hinshawlaw.com
eriesgo@hinshawlaw.com
gbejel@hinshawlaw.com
*Counsel for SIC*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document is being served on November 24, 2021 via email to:

Erik D. Diener, Esq.
The Diener Firm, P.A.
8751 W. Broward Blvd., Suite 404
Plantation, FL 33324
Telephone: 954-541-2117

1:21-cv-24043-DPG

Facsimile: 954-541-2195
service@dienerfirm.com
erik@dienerfirm.com
denise@dienerfirm.com
*Counsel for Chabad*

HINSHAW & CULBERTSON LLP

/s/ *Joseph V. Manzo*
Joseph V. Manzo
Florida Bar No. 52309

4