UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHABAD OF KEY BISCAYNE, INC.,  CASE NO. 1:21-CV-24043-DPG

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## SIC'S RESPONSE TO CHABAD'S STATEMENT OF FACTS [DE 19]

The Defendant, Scottsdale Insurance Company ("SIC"), pursuant to Fed. R. Civ. P. 56, responds to the Statement of Facts [DE 19] filed by the Plaintiff, Chabad of Key Biscayne ("Chabad"):

1. Admitted that Chabad alleges this.

2. Admitted that the appraisal set the amount of damage. Denied if intended to argue that the appraisal is binding as to coverage.

3. Admitted.

4. Admitted.

5. Admitted that SIC's motion speaks for itself.

6. Admitted that SIC's motion speaks for itself.

7. Admitted.

8. Admitted.

Case No. . 1:21-CV-24043-DPG

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ Joseph V. Manzo
**Joseph V. Manzo**
Florida Bar No. 52309
jmanzo@hinshawlaw.com
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, Florida 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the March 22, 2022, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

/s/ Joseph V. Manzo
Joseph V. Manzo